# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY J. BAIN

NO. 2026 KW 0350

**MARCH 16, 2026**

---

In Re:    State of Louisiana, applying for supervisory writs, 20th
          Judicial District Court, Parish of West Feliciana, No.
          23-WFLN-414.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              PMc
                              HG
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT